IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DIANE SHUMAN,                              )
                                           )
    Plaintiff,                             )
                                           )
v.                                         )   CASE NO. CV413-022
                                           )
SECRETARY OF VETERANS AFFAIRS;             )
RESIDENTIAL CREDIT SOLUTIONS,              )
INC.; and MORTGAGE ELECTRONIC              )
REGISTRATION, INC.,                        )
                                           )
    Defendants.                            )
                                           )

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE.**[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all pending motions are **DISMISSED AS MOOT.**