IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DIANE SHUMAN,            )
                         )
    Plaintiff,            )
                         )
v.                       )    CASE NO. CV413-022
                         )
SECRETARY OF VETERANS AFFAIRS; )
RESIDENTIAL CREDIT SOLUTIONS, )
INC.; and MORTGAGE ELECTRONIC )
REGISTRATION, INC.,      )
                         )
    Defendants.          )
                         )

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this action is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all pending motions are **DISMISSED AS MOOT**.